Wendy B. Pfau, CA Bar No. 257215
wpfau@pottercohenlaw.com
POTTER, COHEN, SAMULON, PADILLA & PFAU
3852 E. Colorado Blvd.
Pasadena, California 91107
Telephone:  626-795-0681
Facsimile:  626-795-0725

Attorneys for Plaintiff
MARY LEON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LEON, an individual,<br><br>          Plaintiff,<br>  v.<br>UNITED PARCEL SERVICE, INC., a Georgia corporation; and DOES 1 through 25, inclusive,<br><br>          Defendants. | **Case No. 2:23-cv-02023−SVW-AGR**<br><br>Assigned to the Hon. Stephen V. Wilson<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: February 15, 2023<br>Trial Date: August 15, 2023 |

TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the above-entitled matter has settled in its entirety.

DATED:  July 3, 2023    POTTER, COHEN, SAMULON, PADILLA & PFAU


By:  */s/ Wendy B. Pfau*
     Wendy B. Pfau
     Attorneys for Plaintiff MARY LEON